Robert A. Anderson, ISB No. 2124
ANDERSON, JULIAN & HULL LLP
C. W. Moore Plaza
250 South Fifth Street, Suite 700
P. O. Box 7426
Boise, ID  83707-7426
Telephone:  (208) 344-5800
Facsimile:  (208) 344-5510
E-mail: raanderson@ajhlaw.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF IDAHO

| | |
|---|---|
| **JOYCE WILLIAMS**, | Canyon County District Court<br>Case No. CV 2014-5691-C |
| Plaintiff, | |
| | **NOTICE OF REMOVAL** |
| vs. | |
| | **Filing Fee: $400.00** |
| **SAFECO INSURANCE COMPANY OF ILLINOIS**, | |
| Defendant. | |

<u>REMOVAL FROM DISTRICT COURT TO U.S. DISTRICT COURT</u>

TO:      PLAINTIFF AND HER ATTORNEY OF RECORD, KEVIN E. DINIUS, and
THE CLERK OF ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441 and 1446, the

Defendant, SAFECO INSURANCE COMPANY OF ILLINIOS, hereby removes the

above-entitled cause of action from the District Court of the Third Judicial District of the

**NOTICE OF REMOVAL** - 1

State of Idaho, in and for the County of Canyon, to the United States District Court for the District of Idaho, based on the following grounds:

FIRST:  That SAFECO INSURANCE COMPANY OF ILLINOIS is the Defendant in Civil Case No. CV OC 5691-C brought against it in the District Court of the Third Judicial District of the State of Idaho, in and for the County of Canyon, entitled *Joyce Williams v. Safeco Insurance Company of Illinois*.  A copy of the Summons, Complaint, and Notice of Summons and Complaint in that action is attached hereto, together with a copy of the state court docket, and constitutes all process, pleadings and orders served upon Defendant in such action.

SECOND: That the aforementioned suit was commenced by service of a summons and complaint on the Defendant on June 11, 2014.

THIRD: That the Plaintiff in the above-entitled action is a citizen of the State of Idaho; but that the Defendant in the above-entitled action is a foreign corporation with its state of incorporation and principal place of business located outside Idaho.

FOURTH: That the amount in controversy exceeds $75,000. Specifically, Plaintiffs' action seeks to recover economic damages which, pursuant to the Plaintiffs' pre-litigation demand letter, have been revealed to be in far excess of $75,000.

FIFTH: That the controversy herein between the Plaintiffs and the Defendant involves parties which are citizens of different states where the amount in controversy exceeds $75,000 giving rise to jurisdiction in the federal district court pursuant to 28 U.S.C. § 1332.

WHEREFORE, Defendant prays that this cause proceed in the United States District Court for the District of Idaho as an action properly removed thereto.

**NOTICE OF REMOVAL** - 2

DATED this 10th day of July, 2014.

ANDERSON, JULIAN & HULL LLP

By_____
Robert A. Anderson, Of the Firm
Attorneys for Defendant


<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 10th day of July, 2014, I served a true and correct
copy of the foregoing **NOTICE OF REMOVAL** by delivering the same to each of the
following attorneys of record, by the method indicated below, addressed as follows:

Kevin E. Dinius                      [ ]   U.S. Mail, postage prepaid
Michael J. Hanby II                  [ ]   Hand-Delivered
DINIUS LAW                           [ ]   Overnight Mail
5680 E. Franklin Rd., Suite 130      [✓]   Facsimile
Nampa, Idaho 83687
Telephone: (208) 475-0100
Facsimile: (208) 475-0101
*Attorneys for Plaintiff*


_____
Robert A. Anderson

**NOTICE OF REMOVAL** - 3