F I L E D
___8:13___ A.M. _____ P.M.

JUN 04 2014

CANYON COUNTY CLERK
K CANNON, DEPUTY

Kevin E. Dinius
Michael J. Hanby II
DINIUS LAW
5680 E. Franklin Rd., Suite 130
Nampa, Idaho 83687
Telephone:   (208) 475-0100
Facsimile:    (208) 475-0101
ISB Nos.      5974, 7997
*kdinius@diniuslaw.com*
*mhanby@diniuslaw.com*

Attorneys for Plaintiff

IN THE DISTRICT COURT OF THE THIRD JUDICIAL DISTRICT OF

THE STATE OF IDAHO, IN AND FOR THE COUNTY OF CANYON

| | |
|---|---|
| JOYCE WILLIAMS, | CASE NO. CV-2014-5691-C |
| Plaintiff, | SUMMONS |
| -vs- | |
| SAFECO INSURANCE COMPANY OF ILLINOIS, | |
| Defendant. | |

**NOTICE: YOU HAVE BEEN SUED BY THE ABOVE-NAMED PLAINTIFF. THE COURT MAY ENTER JUDGMENT AGAINST YOU WITHOUT FURTHER NOTICE UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.**

TO:    SAFECO INSURANCE COMPANY OF ILLINOIS

JUDGE
GEORGE A SOUTHWORTH

COPY

SUMMONS - 1

Summons on you. If you fail to so respond the court may enter judgment against you as demanded by the plaintiff in the Complaint.

A copy of the Complaint is served with this Summons. If you wish to seek the advice of or representation by an attorney in this matter, you should do so promptly so that your written response, if any, may be filed in time and other legal rights protected.

An appropriate written response requires compliance with Rule 10(a)(1) and other Idaho Rules of Civil Procedure and shall also include:

1. The title and number of this case.

2. If your response is an Answer to the Complaint, it must contain admissions or denials of the separate allegations of the Complaint and other defenses you may claim.

3. Your signature, mailing address and telephone number, *or* the signature, mailing address and telephone number of your attorney.

4. Proof of mailing or delivery of a copy of your response to plaintiff's attorney, as designated above.

To determine whether you must pay a filing fee with your response, contact the Clerk of the above-named court at:

>1115 Albany Street
>Caldwell, Idaho 83605
>208-454-7337

Dated this 4th day of June, 2014.

CLERK OF THE DISTRICT COURT

By: _____
Deputy Clerk