UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOYCE WILLIAMS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SAFECO INSURANCE COMPANY OF ILLINOIS,<br><br>　　　　　　Defendant. | Case No. 1:14-cv-00282-BLW<br><br>**JUDGMENT** |

In accordance with the Order issued concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered and that this case be dismissed in its entirety, with prejudice, with each party bearing its own costs and attorney fees.

DATED:  **December 1, 2014**

_____
B. LYNN WINMILL
Chief U.S. District Court Judge

JUDGMENT - 1